UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> BOB'S TIRE CO., INC., <br><br> Defendant. | Civil Action No. 1:24-cv-10077-AK |

## JOINT MOTION TO APPROVE CONSENT DECREE

Plaintiff United States Equal Employment Opportunity Commission ("EEOC") and Defendant Bob's Tire Co., Inc. have engaged in comprehensive settlement negotiations and have agreed that the above-captioned action should be resolved by entry of the proposed Consent Decree attached to this motion for the reasons stated therein. The Parties respectfully move this Court to approve and enter the attached Consent Decree.

Dated: May 22, 2025

| | |
|---|---|
| **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION** | **LITTLER MENDELSON, P.C.** |
| */s/ Edumin Corrales* <br> EDUMIN CORRALES <br> Trial Attorney <br> Newark Area Office <br> Two Gateway Center, Suite 1703 <br> 283-299 Market Street <br> Newark, New Jersey 07102 <br> Telephone: (862) 338-9424 <br> E-mail: edumin.corrales@eeoc.gov <br><br> EMILY KEMPA <br> Trial Attorney <br> New York District Office <br> 33 Whitehall Street, 5th Floor <br> New York, NY 10004-2112 <br> Telephone: (929) 506-5361 <br> E-mail: emily.kempa@eeoc.gov | */s/ Alice A. Kokodis* <br> ALICE A. KOKODIS <br> MATTHEW J. LYNCH <br> 1 International Pl, Suite 2700 <br> Boston, MA 02110 <br> (617) 378-6000 <br> (617) 737-0052 <br> akokodis@littler.com <br> mlynch@littler.com <br><br> *Counsel for Defendant* |